# Third District Court of Appeal

## State of Florida

Opinion filed August 24, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1687
Lower Tribunal No. 16-3123
_____

**Rochelle Driessen,**
Appellant,

vs.

**Breanna Oliver,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, Judge.

Rochelle Driessen, in proper person.

Breanna Oliver, in proper person.

Before LAGOA, EMAS, and LOGUE, JJ.

LOGUE, J.

The appellant's notice of appeal was filed in the trial court on July 12, 2016, more than thirty days after June 10, 2016, which is the date the order on appeal

was rendered. The notice of appeal was therefore untimely and this court lacks jurisdiction. See Medley Plaza, Inc. v. The Rama Fund, LLC, 41 Fla. L. Weekly D1624 (Fla. 3d DCA July 13, 2016) ("Unlike some rules that require a party to act within a specified time of service, Rule 9.110(b) requires a notice of appeal from a final order be filed within thirty days of the rendition of the order being appealed.").

Dismissed.